IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALBEMARLE CORPORATION, | : |
| Plaintiff | : |
| v. | : Civil Action No. 1:23-cv-600 |
| OLIN CORPORATION, | : |
| Defendant | : |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Albemarle Corporation in the above-captioned action certifies as follows:

- No publicly held entity owns 10% or more of Albemarle Corporation's stock.
- The following are subsidiaries or affiliates of Albemarle Corporation that have issued shares or debt securities to the public:
  - Albemarle New Holding GmbH;
  - Albemarle Wodgina Pty Ltd.

Dated: May 3, 2023	Respectfully submitted,

_/s/ William T. DeVinney_
William T. DeVinney (VSB No. 94032)
BRIGLIA HUNDLEY, PC
1921 Gallows Road
Suite 750
Tysons Corner, Virginia 22182
Tel: (703) 924-8076
Fax: (703) 883-0899
wdevinney@brigliahundley.com


*Attorneys for Plaintiff*
*Albemarle Corporation*