## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Virginia

Case Number: 1:23-CV-600

Plaintiff:
**ALBEMARLE CORPORATION**

vs.

Defendant:
**OLIN CORPORATION**

For:
Briglia Hundley, P.C.
1921 Gallows Road
Suite 750
Tysons Corner, VA 22182

Received by Process Server VA LLC to be served on **OLIN CORPORATION c/o CT CORPORATION SYSTEM, REGISTERED AGENT, 4701 COX ROAD SUITE 285, GLEN ALLEN, VA 23060**.

I, Norman E. Allen III, do hereby affirm that on the **5th day of May, 2023** at **1:35 pm**, I:

served **OLIN CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET and NOTICE** with the date and hour of service endorsed thereon by me, to: **JULIE PARRISH** as **INTAKE AGENT** at the address of: **4701 COX ROAD SUITE 285, GLEN ALLEN, VA 23060**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.
I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

_____
Norman E. Allen III
Process Server

Date: May 5, 2023

Process Server VA LLC
12000 Market St
# 223
Reston, VA 20190
(703) 896-6581

Our Job Serial Number: PVA-2023000396

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n