AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Albemarle Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-600 |
| Olin Corporation | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Olin Corporation                                                                                      .

Date: 05/26/2023

/s/ Robert G. Lian Jr.
*Attorney's signature*

Robert G. Lian Jr., 36406
*Printed name and bar number*

Akin Gump Strauss Hauer & Feld LLP
2001 K St NW
Washington, DC 20006
*Address*

blian@akingump.com
*E-mail address*

(202) 887-4358
*Telephone number*

(202) 887-4288
*FAX number*