UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **ALBEMARLE CORPORATION**,<br><br>                      Plaintiff,<br><br>    v.<br><br>**OLIN CORPORATION**,<br><br>                      Defendant. | Case No.: 1:23-cv-600 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of Federal Rules of Civil Procedure and Local Rule 7.1 of the Eastern District of Virginia, Defendant Olin Corporation certifies that it has no parent corporation. As of the date of this filing, The Vanguard Group, Inc. and BlackRock, Inc. own 10% or more of Olin Corporation's stock. No other publicly traded corporation owns 10% or more of its stock.

Dated: May 26, 2023

                                                    Respectfully submitted,

                                                    */s/ Robert G. Lian Jr.*
                                                    Robert G. Lian Jr. (36406)
                                                    AKIN GUMP STRAUSS HAUER & FELD LLP
                                                    2001 K Street NW
                                                    Washington, D.C. 20006
                                                    Tel: (202) 887-4358
                                                    Fax: (202) 887-4288
                                                    blian@akingump.com

                                                    *Counsel for Defendant Olin Corporation*