# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **ALBEMARLE CORPORATION**,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**OLIN CORPORATION**,<br><br>　　　　　　　　　Defendant. | **Case No.: 1:23-cv-600**<br><br>**MOTION FOR PRO HAC VICE ADMISSION** |

PLEASE TAKE NOTICE that upon the attached Admission Petition Forms of Corey W. Roush, Esq., the undersigned will move this Court, before Judge Claude M. Hilton, United States District Judge, at the United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314, at such time and date as the Court shall direct, for an Order pursuant to Local Civil Rule 83.1(d) of the United States District Court for the Eastern District of Virginia, granting permission for Corey W. Roush, Esq. to participate in this action on behalf of Defendant Olin Corporation. It is respectfully requested that the within Motion be submitted for the Court's consideration on papers only.

Dated: May 26, 2023

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Robert G. Lian Jr.*
　　　　　　　　　　　　　　　　　　　Robert G. Lian Jr. (36406)
　　　　　　　　　　　　　　　　　　　AKIN GUMP STRAUSS HAUER & FELD LLP
　　　　　　　　　　　　　　　　　　　2001 K Street NW
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　Tel: (202) 887-4358
　　　　　　　　　　　　　　　　　　　Fax: (202) 887-4288
　　　　　　　　　　　　　　　　　　　blian@akingump.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Olin Corporation*