**EXHIBIT A**
**Petition for *Pro Hac Vice* Admission**
**Corey W. Roush**

District of Columbia Bar

United States Supreme Court

United States Court of Appeals for the Third Circuit

United States Court of Appeals for the Sixth Circuit

United States Court of Appeals for the Seventh Circuit

United States Court of Appeals for the Ninth Circuit

United States Court of Appeals for the Federal Circuit

United States District Court for the District of Columbia

United States District Court for the Eastern District of Michigan