IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALBEMARLE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OLIN CORPORATION,<br><br>Defendant. | Civil No. 1:23-cv-600 |

### DEFENDANT OLIN CORPORATION'S MOTION TO DISMISS

Defendant Olin Corporation ("Olin"), by counsel, pursuant to Fed. R. Civ. P. 12(b)(6), hereby moves to dismiss, with prejudice, the Complaint filed by Plaintiff Albemarle Corporation ("Albemarle") in its entirety. The Complaint filed by Albemarle fails to state a claim upon which relief can be granted. To wit, Albemarle has failed to present plausible allegations of monopoly power or its dangerous probability, monopolistic exclusion, or an antitrust injury. Olin submits the attached Memorandum in support of its Motion.

Dated: May 26, 2023

Respectfully submitted,

*/s/ Corey Roush*
Corey W. Roush (*pro hac vice* pending)
Robert G. Lian Jr. (36406)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 887-4115
Fax: (202) 887-4288
croush@akingump.com
blian@akingump.com

*Counsel for Defendant Olin Corporation*