IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:23-cv-00600-CMH-WEF, Case Name Albemarle Corporation v. Olin Corporation
Party Represented by Applicant: Olin Corporation

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Corey Roush
Bar Identification Number 466337   State District of Columbia
Firm Name Akin Gump Strauss Hauer & Feld LLP
Firm Phone # 202-887-4000   Direct Dial # 202-887-4115   FAX # 202-887-4288
E-Mail Address croush@akingump.com
Office Mailing Address 2001 K St NW, Washington, DC 20006

Name(s) of federal district court(s) in which I have been admitted See Attachment A.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/ Corey Roush
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Robert G. Lian, Jr.   05/26/2023
(Signature)   (Date)
Robert G. Lian, Jr.   36406
(Typed or Printed Name)   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☒ or Exemption Granted ☐

The motion for admission is GRANTED ☒ or DENIED ☐

Claude M. Hilton
(Judge's Signature)

May 31, 2023
(Date)

**EXHIBIT A**
**Petition for *Pro Hac Vice* Admission**
**Corey W. Roush**

District of Columbia Bar

United States Supreme Court

United States Court of Appeals for the Third Circuit

United States Court of Appeals for the Sixth Circuit

United States Court of Appeals for the Seventh Circuit

United States Court of Appeals for the Ninth Circuit

United States Court of Appeals for the Federal Circuit

United States District Court for the District of Columbia

United States District Court for the Eastern District of Michigan