UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **ALBEMARLE CORPORATION**,<br><br>       Plaintiff,<br><br> v.<br><br>**OLIN CORPORATION**,<br><br>       Defendant. | **Case No.: 1:23-cv-600** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that at 10:00 a.m. on Friday, June 16, 2023, or as soon thereafter as counsel may be heard, counsel for Defendant will appear, if necessary, for argument in support of Defendant's Motion to Dismiss. Plaintiff consents to the time and date for the proposed hearing.

Dated: June 8, 2023

                Respectfully submitted,

                */s/ Robert G. Lian Jr.*
                Robert G. Lian Jr. (36406)
                Corey W. Roush (admitted *pro hac vice*)
                AKIN GUMP STRAUSS HAUER & FELD LLP
                2001 K Street NW
                Washington, D.C. 20006
                Tel: (202) 887-4358
                Fax: (202) 887-4288
                blian@akingump.com
                croush@akingump.com

                *Counsel for Defendant Olin Corporation*