IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALBEMARLE CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:23-cv-600 |
| OLIN CORPORATION, | : |
| Defendant. | : |

**NOTICE OF APPEARANCE**

Plaintiff Albemarle Corporation hereby gives notice to the Court that Robert H. Cox of the law firm of Briglia Hundley, P.C. enters his appearance as counsel for Albemarle Corporation in the above captioned case. Robert H. Cox is a member in good standing of the Virginia Bar.

The undersigned counsel respectfully request that copies of all future notices, orders, and pleadings issued or filed in this action be served upon the undersigned as follows:

/s/
Robert H. Cox (VSB 33118)
rcox@brigliahundley.com
BrigliaHundley, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, VA 22182
Ph: (703) 883-0880
Fax: (703) 883-0899

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on June 15, 2023, which will send notice of said filing to all counsel of record.

/s/
Robert H. Cox