IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ALBEMARLE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-600 |
| | ) |
| OLIN CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on Defendant Olin Corporation's Motion to Dismiss. It appearing to the Court that Plaintiff has stated a claim upon which recovery may be had, it is hereby

ORDERED that Defendant's motion is DENIED.

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 21, 2023