IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALBEMARLE CORPORATION,

Plaintiff,

v.

OLIN CORPORATION,

Defendant.

Civil No. 1:23-cv-600

## NOTICE OF HEARING

PLEASE TAKE NOTICE that at 10:00am on Friday, August 25, 2023, or as soon thereafter as counsel may be heard, counsel for Defendant will appear, if necessary, for argument in support of Defendant's Motion for a More Definite Statement or, in the Alternative, for Reconsideration. Parties have conferred and have agreed on this hearing date.

Dated: July 11, 2023

Respectfully submitted,

*/s/ Robert G. Lian*
Corey W. Roush (*pro hac vice*)
Robert G. Lian (36406)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 887-4115
croush@akingump.com
blian@akingump.com

*Counsel for Defendant Olin Corporation*

1