IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALBEMARLE CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:23-cv-600 |
| OLIN CORPORATION, | : |
| Defendant. | : |

**[PROPOSED] ORDER**

THIS MATTER comes before the Court on Defendant Olin Corporation's Rule 12(e) Motion for a More Definite Statement or, in the Alternative, for Reconsideration. As the Defendant has not established any basis for requiring the Plaintiff to file a more definite statement or for the Court to reconsider its prior Order denying the Defendant's Motion to Dismiss under Rule 12(b)(6), it is hereby

ORDERED that Defendant's motion is DENIED, and the Defendant shall file and serve an answer to the complaint within fourteen (14) days of receiving notice of this Order.

_____
HON. CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
_____, 2023