IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALBEMARLE CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:23-cv-600 |
| OLIN CORPORATION, | : |
| Defendant. | : |

**JOINT MOTION FOR ORDER REGARDING EXPERT DISCOVERY**

The undersigned parties hereby submit this joint motion to the Court to enter the attached order regarding expert discovery in this matter.

Dated: July 27, 2023

/s/ *William T. DeVinney*
William T. DeVinney (VSB 94032)
BRIGLIA HUNDLEY, PC
1921 Gallows Road, Suite 750
Tysons Corner, Virginia 22182
Tel: (703) 924-8076
wdevinney@brigliahundley.com

Jeffry W. Duffy (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Tel: (215) 564-2916
jduffy@bakerlaw.com

*Attorneys for Plaintiff*
*Albemarle Corporation*

Respectfully submitted,

/s/ *Robert G. Lian*
Corey W. Roush (admitted *pro hac vice*)
Robert G. Lian (VSB 36406)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 887-4115
croush@akingump.com
blian@akingump.com

*Attorneys for Defendant*
*Olin Corporation*