IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALBEMARLE CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:23-cv-600 |
| OLIN CORPORATION, | : |
| Defendant. | : |

**JOINT MOTION FOR ORDER GOVERNING
PRODUCTION OF ELECTRONICALLY STORED INFORMATION**

The undersigned parties hereby submit this joint motion to the Court to enter the attached order governing the production of electronically stored information in this matter.

Dated: July 27, 2023                                         Respectfully submitted,

/s/ *William T. DeVinney*                                   /s/ *Robert G. Lian*
William T. DeVinney (VSB 94032)                   Corey W. Roush (admitted *pro hac vice*)
BRIGLIA HUNDLEY, PC                                    Robert G. Lian (VSB 36406)
1921 Gallows Road, Suite 750                         AKIN GUMP STRAUSS HAUER & FELD
Tysons Corner, Virginia 22182                          LLP
Tel: (703) 924-8076                                              2001 K Street, N.W.
wdevinney@brigliahundley.com                       Washington, DC 20006
                                                                              Tel: (202) 887-4115
Jeffry W. Duffy (admitted *pro hac vice*)           croush@akingump.com
BAKER & HOSTETLER LLP                             blian@akingump.com
1735 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103                     *Attorneys for Defendant*
Tel: (215) 564-2916                                            *Olin Corporation*
jduffy@bakerlaw.com

*Attorneys for Plaintiff*
*Albemarle Corporation*