IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ALBEMARLE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-600 |
| | ) |
| OLIN CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on Defendant Olin Corporation's Motion for a More Definite Statement or, in the Alternative, for Reconsideration. It appearing to the Court that Plaintiff's Complaint sets forth their claim with sufficient particularity and that the Court's previous ruling denying Defendant Olin Corporation's Motion to Dismiss was correct for the reasons stated, it is hereby

ORDERED that Defendant's Motion for a More Definite Statement or, in the Alternative, for Reconsideration is DENIED.

                                            */s/ Claude M. Hilton*
                                           CLAUDE M. HILTON
                                           UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
August 25, 2023